IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. SPURGEON, et al.,<br><br>　　　　Defendants. | No. C 13-0173 RMW (PR)<br><br>ORDER GRANTING DEFENDANT TRAYLOR'S ADMINISTRATIVE MOTION TO SCREEN PLAINTIFF'S AMENDED COMPLAINT; VACATING BRIEFING SCHEDULE |

　　　　Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  On May 13, 2013, the court screened plaintiff's complaint and directed defendants to file a dispositive motion within ninety days.  On July 2, 2013, plaintiff filed an amended complaint.  Defendant Traylor seeks a screening order of plaintiff's amended complaint and an extension of time to file a dispositive motion.  (Docket No. 13.)

　　　　Good cause appearing, defendant Traylor's motion is **GRANTED**.  The briefing schedule set by the court in it's May 13, 2013 order is **VACATED**.  The court will issue a screening order of plaintiff's amended complaint in a separate order.

　　　　IT IS SO ORDERED.

DATED: _____

　　　　　　　　　　　　　　　　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Def. Traylor's Admin Mot. to Screen Am. Compl.; Vacate Briefing Schedule
G:\PRO-SE\RMW\CR.13\Lopez173Vac_sched.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HECTOR LOPEZ,

        Plaintiff,

v.

D. SPURGEON et al,

        Defendant.

Case Number: CV13-00173 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hector Lopez V00109  
C10-119  
Post office 7500  
Crescent City, CA 95531

Dated: October 23, 2013

        Richard W. Wieking, Clerk  
        By: Jackie Lynn Garcia, Deputy Clerk