**E-FILED on 2/4/14**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR LOPEZ,<br><br>                              Plaintiff,<br><br>     v.<br><br>D. SPURGEON, et al.,<br><br>                              Defendants. | Case No. C 13-0173 RMW (PR)<br><br>[] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION |

Defendants filed a motion for an extension of time to file a dispositive motion. Good cause appearing, Defendants' motion is **GRANTED**. Defendants shall file a dispositive motion on or before April 21, 2014. Plaintiff may file an opposition to the motion within twenty-eight days of the filing of Defendants' motion. Defendants shall file a reply brief within fourteen days of the filing of Plaintiff's opposition.

   IT IS SO ORDERED.

Dated:  2/4/14                                    *Ronald M. Whyte*
                                                   The Honorable Ronald M. Whyte

1

[] Order Granting Defs.' Mot. to Change Time to File a Disp. Mot. (C 13-0173 RMW (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HECTOR LOPEZ,

        Plaintiff,

  v.

D. SPURGEON et al,

        Defendant.

Case Number: CV13-00173 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 4, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hector Lopez V00109
C10-119
Post office 7500
Crescent City, CA 95531

Dated: February 4, 2014

                                              Richard W. Wieking, Clerk
                                              By: Jackie Lynn Garcia, Deputy Clerk