1

2

3          E-FILED on 6/2/2014

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12   **HECTOR LOPEZ,**                    Case No. C 13-0173 RMW (PR)

                               Plaintiff,   **[] ORDER GRANTING
13                                          DEFENDANTS' SECOND MOTION TO
                                            CHANGE TIME TO FILE A
14          **v.**                          DISPOSITIVE MOTION**

15   **D. SPURGEON, et al.,**

16                              Defendants.

17

18         Defendants filed a motion for a twenty-one-day extension of time to file a dispositive

19   motion.  Good cause appearing, Defendants' motion is **GRANTED**.  Defendants may file a

20   dispositive motion on or before May 12, 2014.  Plaintiff may file an opposition to the motion

21   within twenty-eight days of the filing of Defendants' motion.  Defendants shall file a reply brief

22   within fourteen days of the filing of Plaintiff's opposition.

23

24         **IT IS SO ORDERED.**

25

26   Dated: _____          _____
                                              The Honorable Ronald M. Whyte
27

28

                                          1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HECTOR LOPEZ,

            Plaintiff,

  v.

D. SPURGEON et al,

            Defendant.

_____/

Case Number: CV13-00173 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hector Lopez V00109
C10-119
Post office 7500
Crescent City, CA 95531

Dated: June 2, 2014

                      Richard W. Wieking, Clerk
                      By: Jackie Lynn Garcia, Deputy Clerk