1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

HECTOR LOPEZ,                                    )   No. C 13-0173 RMW(PR)
                                                 )
12          Plaintiff,                           )   JUDGMENT
                                                 )
13     v.                                        )
                                                 )
14                                               )
     D. SPURGEON, et al.,                        )
                                                 )
15                                               )
            Defendants.                          )
16   _____       )

17

18          The court has dismissed the instant action.  A judgment of dismissal without prejudice is

19   entered.  The Clerk shall close the file.

20          IT IS SO ORDERED.

21   DATED: _____

                                    _Ronald M. Whyte_____
22                                  RONALD M. WHYTE
                                    United States District Judge
23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


HECTOR LOPEZ,

              Plaintiff,

  v.

D. SPURGEON et al,

              Defendant.

_____/

Case Number: CV13-00173 RMW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Hector Lopez V00109
C10-119
Post office 7500
Crescent City, CA 95531

Dated: July 24, 2015

              Richard W. Wieking, Clerk
              By: Jackie Lynn Garcia, Deputy Clerk